

*Wilfredo Santiago*
Inmate No. FQ-8423
State Correctional Institutional
At Frackville
1111 Altamont Blvd.
Frackville, PA 17931

3/13/2023

**CLERK**
United States District Court
for the Eastern District of
Pennsylvania
601 Market St. Room 2609
Phila, PA 19106

RE: Filing of Habeas Corpus

Dear Sir/Madam,

    Enclosed, Please find for filing with this most Honorable Court, an original and two copies of Petitioner's Habeas Corpus Petition. Could you Please Date, Time, Stamp and send me a copy for my records?.

Very Truly Yours,

PAE AO 241
(Rev. 05/2018)

Page 4

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS
# BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Pennsylvania |
|---|---|
| **Name (under which you were convicted):** WILFREDO SANTIAGO | **Docket or Case No.:** |
| **Place of Confinement:** SCI Frackville | **Prisoner No.:** FQ-8423 |
| **Petitioner** (Include the name under which you were convicted): Wilfredo Santiago | **Respondent** (Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner): K.BRITTAIN, Supt. at SCI Frackville |

v.

and

The District Attorney of the County of: Philadelphia

and

The Attorney General of the State of: Pennsylvania

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Court of Common Pleas of Philadelphia, PA.
   Juanita K. Stout Center for Criminal Justice
   1301 Filbert St. Philadelphia, PA 19107

   (b) Criminal docket or case number (if you know): CP-51-CR-0902211-1985    346 EAL 2020

2. (a) Date of judgment of conviction (if you know): May 27th 2008

   (b) Date of sentencing: May 27th 2008

3. Length of sentence: LIFE

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case: Murder

PAE AO 241　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 5
(Rev. 05/2018)

6.　　(a)　What was your plea? (Check one)

　　　　　☒ (1)　Not Guilty　　　　　☐ (3)　Nolo contendere (no contest)
　　　　　☐ (2)　Guilty　　　　　　　☐ (4)　Insanity plea

　　　(b)　If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____
_____
_____
_____

　　　(c)　If you went to trial, what kind of trial did you have? (Check one)

　　　　　☒ Jury　　　　　　☐ Judge only

7.　　Did you testify at a pretrial hearing, trial, or a post-trial hearing?

　　　☐ Yes　　　　☒ No

8.　　Did you appeal from the judgment of conviction?

　　　☒ Yes　　　　☐ No

9.　　If you did appeal, answer the following:
　　　(a)　Name of court: __Superior Court- Supreme Court 346 EAL 2020__
　　　(b)　Docket or case number (if you know): _____
　　　(c)　Result: __Affirmed__
　　　(d)　Date of result (if you know): _____
　　　(e)　Citation to the case (if you know): _____
　　　(f)　Grounds raised: __Ineffective Assistance of Counsel__

_____
_____
_____
_____
_____
_____

　　　(g)　Did you seek further review by a higher state court?

　　　　　☒ Yes　　　　☐ No

PAE AO 241
(Rev. 05/2018)

If yes, answer the following:
(1) Name of court: __Supreme Court of PA.__
(2) Docket or case number (if you know): __346 EAL 2020__
(3) Result: __Affirmed -Vacated on IAC Claim__
(4) Date of result (if you know): __January 9th 2023__
(5) Citation to the case (if you know): _____
(6) Grounds raised: __Ineffective Assistance of Counsel__
_____
_____
_____

(h) Did you file a petition for certiorari in the United States Supreme Court?
☐ Yes     ☒ No

If yes, answer the following:
(1) Docket or case number (if you know): _____
(2) Result: _____
(3) Date of result (if you know): _____
(4) Citation to the case (if you know): _____

(i) Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
☒ Yes     ☐ No

10. If your answer to Question 10 was "Yes," give the following information:
(a) (1) Name of court: __PCRA Court of Common Pleas of Philadelphia, PA.__
(2) Docket or case number (if you know): __CP-51-CR-0902211-1985__
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: _____
(5) Grounds raised: _____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☒ No

(7) Result: __Affirmed_____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes    ☒ No

(7) Result: _Affirmed_____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion:

(1) First petition:   ☒ Yes    ☐ No
(2) Second petition: ☐ Yes    ☐ No
(3) Third petition:  ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____

11. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE: THE TRIAL COURT'S INSTRUCTION ON REASONABLE DOUBT REDUCED THE COMMONWEALTH'S BURDEN OF PROOF IN VIOLATION OF THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT, AND ALL THREE TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO OBJECT.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
ALL THREE TRIAL COUNSEL WERE INEFFECTIVE FOR FAILING TO OBJECT TO THE UNCONSTITUTIONAL JURY INSTRUCTION.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____
_____
_____
_____

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        ☒ Yes    ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why? _____
_____
_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☒ Yes    ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: __PCRA Amended Petition for remand__

        Name and location of the court where the motion or petition was filed: __Superior Court-Supreme Court__

        Docket or case number (if you know): __CP-51-CR-0902211-1985   346 EAL 2020__

        Date of the court's decision: __Afirmed__

        Result (attach a copy of the court's opinion or order, if available): _____
_____

    (3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

    (4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        ☒ Yes    ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

        Name and location of the court where the appeal was filed: __Court of Common Pleas of Philadelphia, PA. and Superior Court__

        Docket or case number (if you know): __CP-51-CR-0902211-1985   346 EAL 2020__

        Date of the court's decision: __11/28/2018 - August 20, 2020 on 346 EAL 2020__

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** Ineffective Assistance of PCRA counsel.

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Ineffective Assistance of PCRA counsel.

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
☒ Yes    ☐ No

PAE AO 241 (Rev. 07/10)

Page 11

(2) If you did not raise this issue in your direct appeal, explain why? _____
_____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __Petition for Remand-PCRA__

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): __CP-51-CR-0902211-1985   346EAL 2020__

Date of the court's decision: __11/28/2018__

Result (attach a copy of the court's opinion or order, if available): __Denied__
_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No
(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): __Denied__
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** THE EVIDENCE OF USE OF FALSE TESTIMONY STATEMENTS OF JAILHOUSE GOVERNMENT AGENTS INFORMANTS BY CORRUPTED DETECTIVES ENTITLES DEFENDANT TO A NEW TRIAL.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The Knowing, and intentional use of false jailhouse Government Agents used by Corrupted Detectives in this case and others-Commonwealth v. Stokes, CP-51-CR-0606661-84

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        ☐ Yes      ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why? Pending.

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☒ Yes      ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: PCRA

PAE AO 241 (Rev. 07/10)

Page 13

Name and location of the court where the motion or petition was filed: _____
COuert   Court of Common Pleas of Phila,PA.

Docket or case number (if you know): Pending

Date of the court's decision: Pending

Result (attach a copy of the court's opinion or order, if available): _____
Pending

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No
(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No / Pending

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

**GROUND FOUR:** ALl other issues will be included in Petitioner's Memorandum of Law in support of Habeas Corpus.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: Pending.
_____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        ☐ Yes     ☐ No  Pending

    (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☒ Yes     ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: Memorandum of Law in support of Habeas cCorpus

        Name and location of the court where the motion or petition was filed: _____
_____

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____
_____

    (3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No
    (4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No
                                                                                                                            Pending

PAE AO 241 (Rev. 07/10)                                                                                      Page 15

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
        ☐ Yes    ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:
        Name and location of the court where the appeal was filed: _____

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

  (e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

12.  Please answer these additional questions about the petition you are filing:

  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?

      ☒ Yes    ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

PAE AO 241　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 16
(Rev. 07/10)

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Pending

13. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?

☐ Yes　　☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

14. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?

☒ Yes　　☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: Court of Common Pleas-PCRA-Pending

15. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:　David Rudovsky, Esq.
　　　　　　　　　　　　　　　　　　　　　　　718 Arch St.
(a) At preliminary hearing:　　　　　　　　 Phila, PA 19102

(b) At arraignment and plea:　　　　　"　　　　　　　　"

PAE AO 241 (Rev. 07/10)                                    Page 17

(c) At trial: David Rudovsky,Esq,Thomas L.MCGill,Jr.and Bruce Franzel,Esq.

(d) At sentencing: "                    "

(e) On appeal: David Rudovsky,Esq.Thomas L.MCGill,Jr.and Bruce Franzel,Esq.

(f) In any post-conviction proceeding: "                    "

(g) On appeal from any ruling against you in a post-conviction proceeding: David Rudovsky,Thomal L.MCGill,Jr.,Bruce Franzel,

16. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?

☒ Yes    ☐ No

(a) If so, give the name and location of the court that imposed the other sentence you will serve in the future: Court of Common Pleas of Phila,PA.

(b) Give the date the other sentence was imposed: 11/18/03

(c) Give the length of the other sentence: Twenty One Year to Forty Two Yrs.

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?

☐ Yes    ☐ No  Pending

17. **TIMELINESS OF PETITION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition* This Habeas Corpus Petition is Timely Filed Under 28 U.S.C.§2244(d).

PAE AO 241 (Rev. 07/10)

Page 18

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State Court. The limitation period shall run from the latest of –

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Wherefore, Petitioner Respectfully Requests with this Honorable Court Grant A New Trial, and Release from the Wrongful Imprisonment.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

PAE AO 241 (Rev. 07/10)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __3/13/2023__.
(month, date, year)

Executed (signed) on __3/13/2023__ (date).

_____
Signature of Petitioner

If the person signing is not the petitioner, state the relationship to petitioner and explain why petitioner is not signing this petition. _____
_____
_____
_____

INMATE MAIL
PA DEPT OF
CORRECTIONS



quadient
FIRST-CLASS MAIL
IMI
$003.18
03/17/2023 ZIP 17932
043M31230995
US POSTAGE

Wilfredo Santiago FQ-8423
1111 Altamont Blvd.
Frackville, PA 17931



RECEIVED
MAR 20 2023

TO: Clerk
United States District Court
For the Eastern District of
Pennsylvania
601 Market St. Room 2609
Phila, PA 19106

U.S.M.S.
X-RAY